

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 24, 2016

**VIA ECF**
The Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

        Re: *Am. Civil Liberties Union et al. v. U.S. Dep't of Justice et al.*,
           15-cv-9002 (PKC)

Dear Judge Castel:

      This Office represents the United States Department of Justice in the above-referenced FOIA action. I write respectfully to request that the Court extend the Government's time to file a motion of summary judgment by one week from February 29, 2016, to March 7, 2016. The Government has not sought or received an earlier extension of this deadline, and the plaintiffs consent to the extension. If the Court grants the requested extension, it will affect the other deadlines in this matter, and therefore, the Government has attached a proposed revised Scheduling Order for the Court's consideration.

      The Government requests the additional time to finalize its anticipated filings in this case, and to complete the necessary intra-Government review and coordination.

      We thank the Court for its consideration of this letter motion.

                                  Respectfully,

                                  PREET BHARARA
                                  United States Attorney for the
                                  Southern District of New York

                    By:  /s/*Arastu K. Chaudhury*
                                  ARASTU K. CHAUDHURY
                                  Assistant United States Attorney
                                  86 Chambers Street
                                  New York, New York 10007
                                  Telephone: 212-637-2633
                                  Facsimile:  212-637-2750
                                  arastu.chaudhury@usdoj.gov

cc: Alexander Abdo, Esq. (via ECF)
    Eliza Sweren-Becker, Esq. (via ECF)