**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 18, 2016

**VIA ECF**
The Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re: *Am. Civil Liberties Union et al. v. U.S. Dep't of Justice et al.*,
         15-cv-9002 (PKC)

Dear Judge Castel:

    This Office represents the United States Department of Justice in the above-referenced FOIA action. I write respectfully to request that the Court extend the Government's time to file its reply and opposition to Plaintiffs' cross motion for summary judgment by ten days from April 25, 2016, to May 5, 2016. The Government has not sought or received an earlier extension of its reply deadline, and the plaintiffs consent to the extension. If the Court grants the requested extension, it will affect the other deadlines in this matter, and therefore, the Government has attached a proposed revised Scheduling Order for the Court's consideration.

    The Government requests the additional time to finalize its filings in this case, and to complete the necessary intra-Government review and coordination.

    We thank the Court for its consideration of this letter motion.

                        Respectfully,

                        PREET BHARARA
                        United States Attorney for the
                        Southern District of New York

          By:  /s/*Arastu K. Chaudhury*
                ARASTU K. CHAUDHURY
                Assistant United States Attorney
                86 Chambers Street
                New York, New York 10007
                Telephone: 212-637-2633
                Facsimile:  212-637-2750
                arastu.chaudhury@usdoj.gov

cc: Alexander Abdo, Esq. (via ECF)
 Eliza Sweren-Becker, Esq. (via ECF)