PREET BHARARA
United States Attorney for the
Southern District of New York
By: ARASTU K. CHAUDHURY
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel. No.: (212) 637-2633
Fax No.: (212) 637-2750
arastu.chaudhury@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE et al.,<br><br>Defendants. | 15 Civ. 9002 (PKC) |

### DECALARATION OF ARASTU K. CHAUDHURY

ARASTU K. CHAUDHURY, pursuant to the provisions of 28 U.S.C. § 1746, affirms, under penalty of perjury, as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Southern District of New York, and I represent the Defendant United States Department of Justice in the above-captioned action. I respectfully submit this declaration in further support of Defendant's Motion for Summary Judgment and in opposition to Plaintiffs' cross-motion for summary judgment.

2. Attached hereto are true and correct copies of the following documents:

Exhibit A: *Elec. Privacy Info. Ctr. v. Dep't of Justice*, Nos. 06- 096, 06-214 (RCL), Dkt. 58 (D.D.C. filed Dec. 18, 2007) (Memorandum in Opposition to Defendant's Renewed Motion for Summary Judgment and in Support of Plaintiffs' Renewed Cross-Motion for *In Camera* Review).

Exhibit B: *New York Times Co. v. Dep't of Justice*, Nos. 14-4432, 14-4764, Dkt. 45 (2d Cir. filed Feb. 3, 2015) (Brief for Plaintiffs-Appellants American Civil Liberties Union and American Civil Liberties Union Foundation).

Exhibit C: *New York Times Co. v. Dep't of Justice*, Nos. 14-4432, 14-4764, Dkt. 73 (2d Cir. filed Feb. 18, 2015) (Brief of *Amici Curiae* Senators Ron Wyden, Rand Paul, Jeff Merkley, and Martin Heinrich).

Exhibit D: *New York Times Co, v. Dep't of Justice*, Nos. 14-4432, 14-4764, Dkt. 98 (2d Cir. filed Apr. 16, 2015) (Reply Brief for Plaintiffs-Appellants American Civil Liberties Union and American Civil Liberties Union Foundation).

Exhibit E: *New York Times Co. v. Dep't of Justice*, Nos. 14-4432, 14-4764, Dkt. 141 (2d Cir. filed Jan. 7, 2016) (Petition for Panel Rehearing or Rehearing En Banc on behalf of the American Civil Liberties Union and American Civil Liberties Union Foundation).

Exhibit F: *New York Times Co. v. Dep't of Justice,* Nos. 14-4432, 14-4764, Dkt. 146 (2d Cir. filed March 31, 2016) (Order Denying Rehearing).

Dated: New York, New York
May 5, 2016

/s/*Arastu K. Chaudhury*
Arastu K. Chaudhury